■ ELIZABETH M. HARDIE, Individually and as Administratrix of the Estate of ELMER G. HARDIE, Deceased, Respondent, v STATE OF NEW YORK, Appellant. (Appeal No. 3.) (Claim No. 54684.) — Order unanimously reversed, without costs, motion granted and claim dismissed, in accordance with the same memorandum as in *Cunningham v State of New York* (Appeal No. 1) (92 AD2d 725). (Appeal from order of Court of Claims, Quigley, J. — dismiss claim, severance.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.